

NUMBER 13-10-00286-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SOUTH TEXAS COLLEGE, Appellant,

v.

CURTIS ROBERSON, Appellee.

**On Appeal from the 139th District Court
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam**

Appellant, South Texas College, attempts to appeal an order denying a plea to the jurisdiction entered against it on May 17, 2010. Appellant has filed an unopposed motion for involuntary dismissal on grounds that the Court should dismiss the appeal for want of jurisdiction. Appellant requests that this Court dismiss the appeal.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appellant's unopposed motion to dismiss is GRANTED and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a). Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
29th day of July, 2010.

2